UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSEPH M. FUSCO III,
   *Plaintiff,*

v.

MONROE COUNTY, NEW YORK,
MONROE COUNTY CLERK,
MONROE COUNTY SHERIFF,
   *Defendant.*

---

25 CV 6505 MAV

Civil Action No. _____

# NOTICE OF RELATED CASES AND REQUEST FOR REASSIGNMENT

Plaintiff respectfully notifies the Court of related proceedings requiring reassignment:

### RELATED CASE

Bankruptcy Case No. 2-25-20363-PRW (W.D.N.Y.) involves the same parties and the same property at issue here — 211 West Bloomfield Road, Pittsford, NY. The bankruptcy court has already reassigned matters from Rochester to Buffalo due to the relationship described below.

Lisa S. Siragusa, Esq., who represents non-party Megan Fusco in the underlying state proceedings that gave rise to this action, is the spouse of Hon. Charles J. Siragusa of this District.

The Bankruptcy Court recognized this conflict and reassigned ECF No. 34 from Rochester to Buffalo (Hon. Carl L. Bucki) "due to the relationship" (ECF No. 52, dated August 20, 2025).

### REQUEST

To maintain consistency with the Bankruptcy Court's approach and ensure public confidence in judicial impartiality, Plaintiff respectfully requests assignment of this matter outside the Rochester division. This request is made solely to avoid any appearance of impropriety, not to suggest actual bias.

Dated: September 23, 2025

Joseph M. Fusco III, *Pro Se*
211 W Bloomfield Road
Pittsford, NY 14534
(585) 317-1707
hello@josephfus.co

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

Joseph M. Fusco III

Debtor(s)

Case No.: 2-25-20363-PRW
Chapter: 7

SSN: xxx-xx-4483

## ORDER REASSIGNING MOTION AT ECF NO. 34

On August 18, 2025, the debtor filed a Motion for Sanctions for Willful Violation of the Automatic Stay, which appears on the case docket at ECF No. 34. The debtor has now cured the outstanding deficiencies for this motion.

It is hereby

**ORDERED**, that the Motion for Sanctions for Willful Violation of the Automatic Stay at ECF No. 34 be reassigned to Judge Carl L. Bucki. Judge Bucki has indicated that this motion will be heard before him on Monday, September 15, 2025 at 11:30 a.m.

Dated: August 20, 2025
Rochester, New York

/s/
**HONORABLE PAUL R. WARREN**
United States Bankruptcy Judge

Form ORDERGEN
www.nywb.uscourts.gov

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 8/20/2025 |
| Case: 2–25–20363–PRW | Form ID: pdfterm | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr        Kenneth W. Gordon        trusteegordon@gmail.com

                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Joseph M. Fusco, III        211 West Bloomfield Road        Pittsford, NY 14534
smg      Office of the U.S. Trustee        100 State Street, Room 6090        Rochester, NY 14614
            Lisa S. Siragusa, Esq.        Kristen H. Porpora, Esq.        Siragusa Law Office        19 Prince Street        Rochester NY 14607

                                        TOTAL: 3