UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



---

JOSEPH M. FUSCO III,
   *Plaintiff,*

v.

MONROE COUNTY, NEW YORK,
MONROE COUNTY CLERK,
MONROE COUNTY SHERIFF,
   *Defendant.*

Case No.
25-CV-6505

---

## PROOFS OF SERVICE
## PURSUANT TO FRCP 4(i)

Enclosed are four Certificates of Service documenting service of the Summons and Complaint upon:

1. Monroe County
2. Monroe County Clerk's Office
3. Monroe County Sheriff's Office
4. New York State Attorney General

Respectfully submitted,

Joseph M. Fusco III

Dated: October 10, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSEPH M. FUSCO III,
   *Plaintiff,*

v.

MONROE COUNTY, NEW YORK,
MONROE COUNTY CLERK,
MONROE COUNTY SHERIFF,
   *Defendant.*

Case No.
25-CV-6505

# CERTIFICATE OF SERVICE

I, Joseph M. Fusco III, certify under penalty of perjury that on October 6, 2025, I caused the following documents to be served by U.S. Postal Service Certified Mail upon the Office of the **New York State Attorney General, The Capitol, Albany, New York 12224-0341**:

- Civil Rights Complaint under 42 U.S.C. § 1983
- Summons issued by the U.S. District Court for the Western District of New York

The mailing was deposited at the Mendon, New York Post Office (ZIP 14506) under Tracking No. 9589 0710 5270 1685 6079 49, postmarked October 6, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2025

Respectfully submitted,

9589 0710 5270 1685 6079 49

Joseph M. Fusco III
Pro Se

Executed on October 10, 2025,
in Monroe County, New York.

| | |
|---|---|
| US DISTRICT COURT | COUNTY OF WESTERN DISTRICT |

**Plaintiff / Petitioner:**
JOSEPH M. FUSCO III
**Defendant / Respondent:**
MONROE COUNTY, MONROE COUNTY CLERK, MONROE COUNTY SHERIFF

**AFFIRMATION OF SERVICE**
Index No:
25-CV-6505

STATE OF NEW YORK COUNTY OF MONROE ss:

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and works at Rochester, NY. That on October 07 2025 AT 11:40 AM AT 39 WEST MAIN STREET ROOM 307, ROCHESTER, NY 14614 deponent served the within Summons and Complaint in a Civil Actio on MONROE COUNTY CLERK

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Governement Agency:** MONROE COUNTY CLERK a defendant, therein named, by delivering a true copy of each to Donna Hicks personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Authorized Agent thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 200 | Ethnicity: Caucasian | Gender: Female | Weight: 200 |
| Height: 5'4" | Hair: Brown | Eyes: | Relationship: Authorized Agent |

Other _____

_signature_
Richard Zirari

I affirm this 10 day of OCTOBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

| | |
|---|---|
| US DISTRICT COURT | COUNTY OF WESTERN DISTRICT |

**Plaintiff / Petitioner:**
JOSEPH M. FUSCO III
**Defendant / Respondent:**
MONROE COUNTY, MONROE COUNTY CLERK, MONROE COUNTY SHERIFF

**AFFIRMATION OF SERVICE**
Index No:
25-CV-6505

STATE OF NEW YORK COUNTY OF MONROE ss:

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and works at Rochester, NY. That on October 07 2025 AT 11:36 AM AT 39 WEST MAIN STREET ROOM 307, ROCHESTER, NY 14614 deponent served the within Summons and Complaint in a Civil Actio on MONROE COUNTY

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Government Agency:** MONROE COUNTY a defendant, therein named, by delivering a true copy of each to Donna Hicks personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Authorized Agent thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60   Ethnicity: Caucasian   Gender: Female   Weight: 200
Height: 5'4"   Hair: Brown   Eyes: ___   Relationship: Authorized Agent
Other   Glasses

Richard Zicari

I affirm this 10 day of OCTOBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

| US DISTRICT COURT | COUNTY OF WESTERN DISTRICT |

**Plaintiff / Petitioner:**
JOSEPH M. FUSCO III
**Defendant / Respondent:**
MONROE COUNTY, MONROE COUNTY CLERK, MONROE COUNTY SHERIFF

**AFFIRMATION OF SERVICE**
Index No:
25-CV-6505

STATE OF NEW YORK COUNTY OF MONROE ss:

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and works at Rochester, NY. That on October 07 2025 AT 11:51 AM AT 130 SOUTH PLYMOUTH AVENUE, ROCHESTER, NY 14614 deponent served the within Summons and Complaint in a Civil Actio on MONROE COUNTY SHERIFF'S OFFICE

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Government Agency:** MONROE COUNTY SHERIFF a defendant, therein named, by delivering a true copy of each to Kim Hinkley personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Attorney thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 63   Ethnicity: African American   Gender: Male   Weight: 200
Height: 5'10"   Hair: Gray   Eyes: ____   Relationship: Attorney
Other

Richard Zicari

I affirm this 10 day of OCTOBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.