UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph M. Fusco III,<br><br>          *Plaintiff,*<br>v.<br><br>Monroe County et al.,<br><br>          *Defendants.* | Case No. 6:25-cv-06505<br><br>**NOTICE OF MOTION TO DISMISS** |

| | |
|---|---|
| Motion By: | Defendant Monroe County |
| Relief Requested: | An order under Federal Rule of Civil Procedure 12(b)(1) and/or 41(b) dismissing Plaintiff's Amended Complaint and each claim, without leave to amend, along with any such other and further relief that the Court deems proper. |
| Date, Time, and Place of Motion: | This Motion is returnable before the Hon. Meredith A. Vacca, United States District Judge, at the United States District Court, Kenneth B. Keating Federal Building, 100 State Street, Rochester, NY 14614, at a date and time to be determined by the Court. |
| Supporting Papers: | Notice of Motion; Affirmation of Zachary T. Nelson, Esq., dated November 20, 2025, with Exhibits; and Memorandum of Law, dated November 20, 2025. |
| Reply Papers: | Defendant intends to file and serve reply papers in support of this Motion. |

November 20, 2025

                **Matthew Schwartz**
                **Monroe County Attorney**

                *Zachary Nelson*
                Zachary T. Nelson
                Deputy County Attorney
                307 County Office Building
                39 West Main Street, Rochester, NY 14614
                Telephone:  585.753.1413
                E-Mail:  zacharynelson@monroecounty.gov