UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph M. Fusco III,<br><br>                                      *Plaintiff,*<br>v.<br><br>Monroe County et al.,<br><br>                                    *Defendants.* | Case No. 25-cv-06505<br><br>**Affirmation in Support of Defendant's Pre-Answer Motion to Dismiss under Rules 12(b)(1) and 41(b)** |

      Zachary T. Nelson, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms under penalty of perjury as follows:

      1.      I am a Deputy County Attorney with the Monroe County Attorney's Office and am counsel for Defendant Monroe County. I submit this affirmation in support of Defendant's Pre-Answer Motion to Dismiss under Rules 12(b)(1) and 41(b).

      2.      Annexed hereto as Exhibit 1 is a true and correct copy of the United States District Court for the Western District of New York's § 1983 complaint form, titled "Form to be used in filing a civil complaint in federal court (non-prisoner context)." This form was downloaded from this Court's public website on November 19, 2025, using a link provided by John Lyle, Law Clerk to Judge Meredith A. Vacca, in response to my email on November 18, 2025.

      3.      Annexed hereto as Exhibit 2 is a true and correct copy of my email exchange with Mr. Lyle, in which he sent me the link to Exhibit 1 and confirmed that that document was the blank complaint form sent by the Clerk to Plaintiff in this case in accordance with this Court's October 30, 2025, Decision and Order. As Exhibit 2 shows, I contacted Mr. Lyle for a copy of the form because I was unable to access the form via the docket for this case.

      4.      Annexed hereto as Exhibit 3 is a true and correct copy of Defendant's Notice of Motion to Unseal Matrimonial Records, filed in the matrimonial action, *Joseph M. Fusco, III v.*

*Megan R. Fusco*, Index No. I2024000429, which is pending in the Supreme Court for the County of Monroe. The document has two sets of NYSCEF-generated headers with two different filing dates and times. The lower header, showing a filing date of 10/21/2025, corresponds to when I filed the notice and corresponding motion papers via NYSCEF. The state court then added the handwritten date and time for the hearing on that motion ("November 21, 2025 at 11:30 am In person") and refiled it as the same docket entry. That refiling generated the other NYSCEF header, showing a filing date of 10/27/2025.

5. On November 19, 2025, I spoke with Lisa Siragusa and Kristen Porpora, counsel for Mrs. Fusco in the state-court matrimonial action. They confirmed that the matrimonial action remains ongoing, that neither custody nor property distribution has been finalized, and that a trial date has been set to determine custody in January 2026. That same day, I also spoke with Judge John B. Gallagher's law clerk, who confirmed that the case remained active.

6. A hearing is set for November 21, 2025, to determine Defendant's motion to unseal the matrimonial records in the state-court matrimonial action.

7. Until and unless the state court orders otherwise, Defendant lacks access to the matrimonial records, which are sealed under state law.

8. Based on the accompanying Memorandum of Law, Defendant respectfully requests that this Court (1) grant Defendant's motion to dismiss under Rule 12(b)(1) and/or 41(b), (2) dismiss Plaintiff's amended complaint without leave to amend, and (3) deem Plaintiff's second motion for a preliminary injunction, ECF No. 14, to be moot.

RESPECTFULLY,

Dated: November 20, 2025

*Zachary Nelson*
_____
Zachary T. Nelson
Deputy County Attorney

Monroe County Law Department
307 County Office Building
39 West Main Street
Rochester, NY 14614
Telephone: 585.753.1413
E-Mail: zacharynelson@monroecounty.gov

3