# EXHIBIT 2

EXHIBIT 2    EXHIBIT 2    EXHIBIT 2

# Nelson, Zachary

| | |
|---|---|
| **From:** | John Lyle <John_Lyle@nywd.uscourts.gov> |
| **Sent:** | Tuesday, November 18, 2025 11:25 AM |
| **To:** | Nelson, Zachary; NYWDml_Vacca PpO |
| **Subject:** | RE: Document Request - ECF No. 12-1 - Fusco v. Monroe County, No. 6:25-cv-06505-MAV |

CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~

Mr. Nelson,

Thanks for your email. I heard back from the Clerk's office this morning in regards to the questions from your call yesterday afternoon. The link on the docket at ECF No. 12-1 that you are not able to access is actually just a link back to ECF No. 1, the original complaint, which was restricted to Court only personnel because of identifying information of a child included in some of the exhibits to the original complaint. Do you need a copy of the original complaint and exhibits?

With respect to the forms that were sent, the Clerk's office confirmed that they are the forms on the public website page for Pro Se forms (https://www.nywd.uscourts.gov/pro-se-forms):

- Amended Complaint Instructions (https://www.nywd.uscourts.gov/sites/nywd/files/Amended%20Complaint%20Instructions.pdf)
- Non-prisoner complaint form (https://www.nywd.uscourts.gov/sites/nywd/files/ProSe_Forms_Non-PrisonerComplaintForm.pdf)

Thank you,

John



**John Lyle**
*Law Clerk to Judge Meredith A. Vacca*
*Western District of New York*
Kenneth B. Keating Federal Building
100 State Street, Rochester, NY 14614
O: 585-613-4372 | FAX: 716-613-4375
www.nywd.uscourts.gov

---

**From:** Nelson, Zachary <zacharynelson@monroecounty.gov>
**Sent:** Tuesday, November 18, 2025 10:53 AM
**To:** NYWDml_Vacca PpO <vacca@nywd.uscourts.gov>
**Subject:** Document Request - ECF No. 12-1 - Fusco v. Monroe County, No. 6:25-cv-06505-MAV

**CAUTION - EXTERNAL:**

Hi Judge,

In *Fusco v. Monroe County*, No. 6:25-cv-06505-MAV, you ordered a copy of your recent Decision & Order to be mailed to Plaintiff along with a blank Section 1983 complaint form and instructions. ECF No. 12. For an unknown reason, I am unable to access the Section 1983 complaint form that was filed and sent to Plaintiff. ECF No. 12-1. When I click on either link in the docket (that is, when I click on ECF No. 12-1 directly or in the subsequent text entry concerning the clerk's mailing of the materials), CM/ECF tells me that I "do not have permission to view th[e] document." Here is a screenshot:



With great respect and apologies for bothering the Court, would it be possible for someone to please email me a copy of ECF No. 12-1? It is relevant for Defendant's response to Plaintiff's amended complaint.

Respectfully,

Zach Nelson

**Zachary T. Nelson**
Deputy County Attorney

Monroe County Law Department
Room 307, County Office Building
39 West Main Street
Rochester, NY 14614

Tel.: 585-753-1413
Email: ZacharyNelson@monroecounty.gov

CONFIDENTIALITY / PRIVILEGED NOTICE: The information contained in this email may be legally protected by the attorney/client privilege and/or work product doctrine. If you are not the intended recipient, please do not read, use, disclose, copy, or disseminate this information. Also, please notify the sender immediately by reply email and destroy all copies of the original message, including attachments.

NOTICE: Service of process by email or fax is not accepted.


-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient,

please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

3