# EXHIBIT 3

EXHIBIT 3                    EXHIBIT 3                    EXHIBIT 3

FILED: MONROE COUNTY CLERK 10/27/2025 02:51 PM
INDEX NO. I2024000429

Case 6:25-cv-06505-MAV Document 15-4 Filed 11/20/25 Page 2 of 3

FILED: MONROE COUNTY CLERK 10/21/2025 12:53 PM
RECEIVED NYSCEF: 10/21/2025

NYSCEF DOC. NO. 272
RECEIVED NYSCEF: 10/21/2025

STATE OF NEW YORK
COUNTY OF MONROE        SUPREME COURT

JOSEPH M. FUSCO, III,

Plaintiff,

v.

MEGAN R. FUSCO,

Defendant.

**NOTICE OF MOTION TO UNSEAL MATRIMONIAL RECORDS**

Case No. IDV-60051-24/001
Index No. I2024000429

| | |
|---|---|
| Motion By: | Monroe County |
| Date, Time, and Place of Motion: | This Motion is returnable before the Monroe County Supreme Court, Hall of Justice, Rochester, NY 14614 at a date and time to be determined by the Court. *November 21, 2025 at 11 30/am In person.* |
| Relief Requested: | An order under NY Domestic Relations Law § 235 authorizing counsel for Monroe County to access, peruse, scan, copy, and use the records of this matrimonial action to the extent necessary for the County to defend itself in *Fusco, III v. Monroe County et al.*, No. 6:25-cv-06505-MAV, a federal lawsuit brought by Joseph M. Fusco III based on orders and proceedings in this matrimonial action, along with any other or further relief as this Court deems proper. |
| Supporting Papers: | Notice of Motion; Affirmation of Zachary T. Nelson, Esq., dated October 21, 2025, with Exhibits; Memorandum of Law, dated October 21, 2025; and Proposed Order |
| Opposing Papers: | Pursuant to CPLR 2214(b) any papers in opposition shall be served so as to be received at least seven (7) days prior to the return date. |

Case 6:25-cv-06505-MAv   Document 15-4   Filed 11/20/25   Page 3 of 3

Dated:  October 21, 2025              **Matthew Schwartz**
                                     **Monroe County Attorney**


                                     *Zachary Nelson*

                                     Zachary T. Nelson
                                     Deputy County Attorney

                                     Monroe County Law Department
                                     307 County Office Building
                                     39 West Main Street
                                     Rochester, NY 14614
                                     Telephone:  585.753.1413
                                     E-Mail:  zacharynelson@monroecounty.gov

To:     Counsel of record, *by NYSCEF*