UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Joseph M. Fusco III,

                              *Plaintiff,*

v.

Monroe County et al.,

                            *Defendants.*

Case No. 6:25-cv-06505

**Certificate of Service**

Under 28 U.S.C. § 1746, Zachary T. Nelson declares as follows:

On November 20, 2025, I served Plaintiff Joseph M. Fusco III with the following documents:

1. Notice of Motion to Dismiss;

2. Affirmation in Support of Defendant's Pre-Answer Motion to Dismiss under Rules 12(b)(1) and 41(b), with Exhibits;

3. Memorandum of Law in Support of Defendant's Pre-Answer Motion to Dismiss under Rules 12(b)(1) and 41(b); and

4. in accordance with W.D.N.Y. Loc. R. 7(a)(2)(8), copies of the following decisions cited in Defendant's Memorandum of Law that are unreported or reported exclusively on computerized databases:

    - *Carlisle v. Bd. of Trs. of Am. Fed'n of New York State Teamsters Conf Pension & Ret. Fund,* No. 8:21-CV-00455 (BKS/DJS), 2025 WL 438123 (N.D.N.Y. Feb. 7, 2025);

    - *DeRaffele v. Unified Ct. Sys. of New York,* No. 24-CV-1920 (CS), 2024 WL 1329355 (S.D.N.Y. Mar. 26, 2024);

    - *Gilmore v. Greene Cnty. Dep't of Soc. Servs.,* No. 07-CV-919, 2007 WL 4180749 (N.D.N.Y. Nov. 20, 2007);

    - *Botsas v. United States,* 5 Fed. App'x 69 (2d Cir. 2001);

    - *Smith v. D'Agostino,* No. 25-CV-1265-MA V, 2025 WL 2695439 (N.D.N.Y. Sept. 22, 2025);

- *Skillings v. City of New York,* No. 21-CV-3034, 2023 WL 8531493 (E.D.N.Y. Jan. 19, 2023); and

- *Beharry v. Metro. Transit Auth., New York City Transit*, 242 F.3d 364 (2d Cir. 2000).

I served the foregoing documents upon Joseph M. Fusco III by (1) causing them to be mailed via U.S. Mail to Joseph M. Fusco III, 211 W. Bloomfield Road, Pittsford, NY 14534, and (2) by emailing them to hello@josephfus.co, the email address that Mr. Fusco provided to me.

I also served the aforementioned Notice, Affirmation, and Memorandum of Law by filing them with this Court's CM/ECF electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2025.

*Zachary Nelson*
_____
Zachary T. Nelson
Deputy County Attorney