UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph M. Fusco III,<br><br>          *Plaintiff,*<br>v.<br><br>Monroe County et al.,<br><br>          *Defendants.* | Case No. 25-cv-06505<br><br>**Affirmation in Opposition to Plaintiff's Second Motion for a Preliminary Injunction** |

  Zachary T. Nelson, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms under penalty of perjury as follows:

  1.  I am a Deputy County Attorney with the Monroe County Attorney's Office and am counsel for Defendant Monroe County. I submit this affirmation in opposition to Plaintiff Joseph M. Fusco III's Second Motion for a Preliminary Injunction, ECF No. 14.

  2.  On November 21, 2025, the Honorable John B. Gallagher, Jr., Justice on the Supreme Court of Monroe County, conducted an in-person hearing on Defendant's Motion to Unseal Matrimonial Records in *Joseph M. Fusco III v. Megan R. Fusco*, Index No. I2024000429.

  3.  Annexed hereto as Exhibit 1 is a true and correct copy of an excerpt of the transcript for that hearing. The exhibit is an excerpt because I left the hearing, with the court's permission, when attention turned to matters for which Defendant has not been granted access—i.e., matters that were beyond Defendant's motion and that fell within the confidentiality protections of state law. Page 5 of Exhibit 1 was redacted to remove a name that I reasonably believe to be that of a minor child.

  4.  As Exhibit 1 shows, Justice Gallagher stated at the hearing that his "inclination" is "to grant the [requested unsealing] order," but he "will hold off until we find out what happens with [Defendant's] motion to dismiss" in the federal case. Exhibit 1 at 3.

5. Exhibit 1 further shows that Plaintiff Joseph M. Fusco III had counsel at the hearing.

6. Although Mr. Fusco was not present at the hearing, *id.* at 2, my understanding is that he was allowed to attend. Prior to the hearing, I asked his counsel and counsel for Mrs. Fusco if Plaintiff would be attending, and they were unsure. Neither they nor the court referenced any prohibition on Plaintiff attending the hearing or otherwise participating in the case.

7. Based on the accompanying Memorandum of Law, Defendant respectfully requests that this Court deny Plaintiff's Second Motion for a Preliminary Injunction, ECF No. 14.

Dated: December 15, 2025

*Zachary Nelson*
Zachary T. Nelson
Deputy County Attorney

Monroe County Law Department
307 County Office Building
39 West Main Street
Rochester, NY 14614
Telephone: 585.753.1413
E-Mail: zacharynelson@monroecounty.gov