# EXHIBIT 1

EXHIBIT 1                                EXHIBIT 1                                EXHIBIT 1

```
 1   STATE OF NEW YORK     :

 2   COUNTY OF MONROE      :     SUPREME COURT

 3   ---------------------------------------x
                                            :
 4   JOSEPH FUSCO, III                      :
                                            :
 5                 Plaintiff,                : Case No.
                                            : I2024000429
 6            -versus-                      :
                                            :
 7   MEGAN R. FUSCO                         :
                                            :
 8                 Defendant.                :
     ---------------------------------------x MOTION
 9
                         EXCERPT OF PROCEEDINGS
10

11                       Hall of Justice
                         Rochester, New York 14614
12                       November 21, 2025

13   B e f o r e :    THE HONORABLE JOHN B. GALLAGHER
                      Supreme Court Justice
14

15   A p p e a r a n c e s :

16                       KYLE R. STEINEBACH, ESQ.
                         Attorney for Plaintiff
17
                         LISA S. SIRAGUSA, ESQ.
18                       Attorney for Defendant

19                       LOVELY A. WARREN, ESQ.
                         Law Guardian
20
                         MONROE COUNTY DEPARTMENT Of LAW
21                       By:  ZACHARY T. NELSON, ESQ.
                         Deputy County Attorney
22

23

24

25   R e p o r t e d   B y :  MEREDITH A. BONN, RPR, CRR, CSR
                              Official Court Reporter
```

1   (Excerpt of proceedings.)
2                THE COURT:  This is the Fusco matter.
3       Mr. Steinebach is here representing Mr. Fusco.  Mr.
4       Fusco is not present right now.
5                We have a representative from the County
6       who is --
7                MR. NELSON:  Zach Nelson.
8                THE COURT:  Mr. Nelson is here from the
9       County.
10               I also have Ms. Siragusa -- thank the Lord
11      Ms. Porpora is not here because we know she would have
12      to do an appearance of whatever it is -- representing
13      Ms. Fusco.
14               We are on, I think, for the County's motion.
15      Correct?
16               MR. NELSON:  That's my understanding, your
17      Honor.
18               THE COURT:  Oh, and, Ms. Warren, I
19      apologize, is on the phone.
20               So you are looking for access to documents
21      pertaining to this matter to defend yourself against
22      potential Federal lawsuit, correct?
23               MR. NELSON:  That's correct, for a pending
24      Federal lawsuit.
25               THE COURT:  Well, it's my understanding,

1        sir, that Judge Vacca --
2                    MR. NELSON:  Correct.
3                    THE COURT:  -- dismissed that petition and
4        gave leave to file an amended petition.  I don't know
5        if Mr. Fusco has actually filed an amended petition.
6                    MR. NELSON:  He has, your Honor, and I filed
7        an updated motion to dismiss as well.  And briefing
8        for that will conclude in early January.
9                    THE COURT:  Okay.  So my inclination,
10       Mr. Nelson, is to grant the order, but I will hold off
11       until we find out what happens with your motion to
12       dismiss.  Does that sound fair enough?
13                   MR. NELSON:  That's exactly what I was going
14       to seek.
15                   THE COURT:  Okay.
16                   MR. NELSON:  There's I think a more than
17       fair chance that Judge Vacca will dismiss, ideally
18       without leave to amend and moot the need for the order
19       in the first place.
20                   THE COURT:  So we will put that on hold.
21       When did you say, Mr. Nelson, is your appearance with
22       Judge Vacca?
23                   MR. NELSON:  The briefing schedule just came
24       out this morning, and the briefing for the pending
25       motions, including the County's motion to dismiss, is

1      set to -- his reply is due in early January.
2              THE COURT:  So we are off for a little
3      bit.
4              MR. NELSON:  Yes.  Of course, I can't speak
5      to when Judge Vacca will have time to get to it.  She
6      did hop on the prior motion pretty quickly.  I'm
7      confident it will be resolved very shortly in the new
8      year.
9              THE COURT:  So I am going to grant your
10     motion but withhold giving you guys access to
11     anything.  We will do an in-camera inspection if we
12     get to the point in time where we may have to give you
13     stuff, but we will wait to hear from you as far as
14     what's going on there.
15             MR. NELSON:  That sounds great, your Honor.
16     And the County will, of course, keep the Court and the
17     parties updated as the case develops in Federal Court.
18             THE COURT:  Thank you.  Especially Mr.
19     Steinebach.  He gets rather ornery when he doesn't
20     have all of the information.
21             Ms. Siragusa, what are we doing today, other
22     than that, anything?
23             MS. SIRAGUSA:  I don't think so.  I -- at
24     this point don't think there's anything else.
25             Right?

1    (There was a discussion held off the record between Ms.
2    Fusco and her counsel.)
3               MS. SIRAGUSA:  My client is having trouble
4    with Mr. Fusco being the administrator of ▮▮▮▮'s
5    phone and she's trying to get the number changed so
6    she -- because --
7               THE COURT:  Not number changed.  Put on a
8    different plan.
9               MS. FUSCO:  Yes.
10              MS. SIRAGUSA:  Right.  Right.
11              THE COURT:  So, Mr. Steinebach, if you can
12   contact -- you don't want to sit around.
13              MR. NELSON:  I'm happy to.  This might be
14   part of the confidential materials that the County
15   doesn't have an interest in hearing.  So with the
16   Court's permission I'm happy to leave or I can stay.
17              THE COURT:  No, Mr. Nelson, why don't you
18   go?  I understand you would rather watch paint dry
19   than sit here.
20              MR. NELSON:  Thank you, your Honor.
21   (End of excerpt.)
22   Certified to be a true and accurate excerpt of transcript.
23   *Meredith A. Bonn* (signature)
24   Meredith A. Bonn, RPR, CRR, CSR
25   Official Court Reporter