UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph M. Fusco III,<br><br>                                                          *Plaintiff,*<br>v.<br><br>Monroe County et al.,<br><br>                                                          *Defendants.* | Case No. 25-cv-06505<br><br>**CERTIFICATE OF SERVICE** |

Under 28 U.S.C. § 1746, Zachary T. Nelson declares as follows:

On December 15, 2025, I served Plaintiff Joseph M. Fusco III with the following documents:

1. Defendant's Memorandum of Law in Opposition to Plaintiff's Second Motion for a Preliminary Injunction, dated December 15, 2025;

2. Affirmation in Opposition to Plaintiff's Second Motion for a Preliminary Injunction, with exhibit, dated December 15, 2025; and

3. in accordance with W.D.N.Y. Loc. R. 7(a)(2)(8), copies of the following decisions cited in Defendants' Memorandum of Law that are unreported or reported exclusively on computerized databases:

    - *Jordan v. Chiaroo*, No. 24-2397, 2025 WL 1720227 (2d Cir. June 20, 2025) (summary order);

    - *Smith v. D'Agostino,* No. 25-CV-1265-MA V, 2025 WL 2695439 (N.D.N.Y. Sept. 22, 2025); and

    - *Moreau v. Ellsworth*, No. 21-2997, 2023 WL 3477153 (2d Cir. May 16, 2023).

I served the foregoing documents upon Joseph M. Fusco III by causing them to be mailed via U.S. Mail to Joseph M. Fusco III, 211 W. Bloomfield Road, Pittsford, NY 14534, and by sending them to Joseph M. Fusco III via email at hello@josephfus.co, the email address that he provided to me.

I also served the aforementioned Memorandum of Law and Affirmation by filing them with this Court's CM/ECF electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2025.

*Zachary Nelson*
Zachary T. Nelson
Deputy County Attorney