United States District Court
WESTERN DISTRICT OF NEW YORK

JOSEPH M. FUSCO, III,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 25-CV-6505

v.

Plaintiff,

MONROE COUNTY, NEW YORK et al.,

Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT the complaint is dismissed under Fed. R. Civ. P. 12(b)(1) due to a lack of subject matter jurisdiction.  The Clerk of Court is directed to close this case.

Date: December 22, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Rosemarie M. Eby-Collom
     Deputy Clerk