UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH M. FUSCO, III,<br><br>                 *Plaintiff,*<br>    v.<br><br>MONROE COUNTY, NEW YORK, *et al.*,<br><br>                 *Defendants.* | **Certificate of Service**<br><br>Case No. 6:25-cv-06505 |

      I HEREBY CERTIFY THAT ON December 23, 2025 I served a notice of appearance in this matter upon the Plaintiff Joseph M. Fusco III by the following methods: I caused the documents to be electronically filed using the CM/ECF system, I caused a copy of the documents to be mailed to Joseph M. Fusco III, *Plaintiff pro se*, at 211 W. Bloomfield Road Pittsford, NY 14534, the address currently on file with the Court for this matter, by United States Mail.

Dated: December 23, 2025        **MATTHEW SCHWARTZ**
                                               **MONROE COUNTY ATTORNEY**
                                               *Attorney for the County Defendants*

                                               Adam M. Clark, Esq. of Counsel
                                               Deputy County Attorney
                                               307 County Office Building
                                               39 West Main Street
                                               Rochester, New York 14614
                                               Tel: 585-753-1374
                                               adamclark@monroecounty.gov