

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSEPH M. FUSCO III,

    *Plaintiff,*

v.

MONROE COUNTY, NEW YORK,

    *Defendant.*

25-CV-6505-MAV

MOTION FOR LEAVE TO
PROCEED *IN FORMA PAUPERIS*

---

Plaintiff Joseph M. Fusco III, pursuant to 28 U.S.C. § 1915(a) and Federal Rule of Appellate Procedure 24(a), respectfully moves for leave to proceed in forma pauperis and states under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. Plaintiff filed Chapter 7 bankruptcy on May 15, 2025 (Case No. 2-25-20363, W.D.N.Y.), which remains active.

2. Plaintiff is in the statutory fresh-start period and cannot prepay the appellate filing fee without undermining that process.

3. This appeal is taken in good faith and presents substantial questions for appellate review.

Dated: December 30, 2025

    Rochester, New York

_____
Joseph M. Fusco III, *Pro Se*
211 West Bloomfield Road
Pittsford, New York 14534
Telephone: (585) 317-1707
Email: hello@josephfus.co

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSEPH M. FUSCO III,

      *Plaintiff,*

v.

MONROE COUNTY, NEW YORK,

      *Defendant.*

25-CV-6505-MAV

CERTIFICATE OF SERVICE

---

I hereby certify that on December 30, 2025, I filed the Motion for Leave to Proceed *In Forma Pauperis* with the Clerk of the United States District Court for the Western District of New York via the Court's CM/ECF system.

The CM/ECF system will provide electronic notification and service upon counsel for Defendant:

    Adam M. Clark, Esq.
    Deputy County Attorney
    Monroe County Department of Law
    39 West Main Street, Room 307
    Rochester, NY 14614

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2025.

    Rochester, New York

                                                   */s/ Joseph M. Fusco III*
                                                 Joseph M. Fusco III, Pro Se
                                                 211 West Bloomfield Road
                                                 Pittsford, New York 14534
                                                 Telephone: (585) 317-1707
                                                 Email: hello@josephfus.co