UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSEPH M. FUSCO III,

    *Plaintiff,*

v.

MONROE COUNTY, NEW YORK,

    *Defendant.*

25-CV-6505-MAV

NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff Joseph M. Fusco III appeals to the United States Court of Appeals for the Second Circuit from:

1. The Text Order of this Court dated December 18, 2025, granting Defendant's motion to dismiss for lack of subject matter jurisdiction [ECF No. 19]; and

2. The Judgment entered December 22, 2025 [ECF No. 20]; and

3. Any and all orders denying Plaintiff's Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 59(e) [ECF No. 21], if and when such denial is entered.

This Notice of Appeal is filed pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(i), which permits a party to file a notice of appeal while a motion under Rule 59(e) remains pending. Upon disposition of the Rule 59(e) motion, this notice of appeal shall become effective as to the amended judgment.

Dated: December 30, 2025

    Rochester, New York

                                                     _____
                                                   Joseph M. Fusco III, *Pro Se*
                                                   211 West Bloomfield Road
                                                   Pittsford, New York 14534
                                                   Telephone: (585) 317-1707
                                                   Email: hello@josephfus.co

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSEPH M. FUSCO III,

    *Plaintiff,*

v.

MONROE COUNTY, NEW YORK,

    *Defendant.*

25-CV-6505-MAV

CERTIFICATE OF SERVICE

---

I hereby certify that on December 30, 2025, I filed the Notice of Appeal with the Clerk of the United States District Court for the Western District of New York via the Court's CM/ECF system.

The CM/ECF system will provide electronic notification and service upon counsel for Defendant:

    Adam M. Clark, Esq.
    Deputy County Attorney
    Monroe County Department of Law
    39 West Main Street, Room 307
    Rochester, NY 14614

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2025.

    Rochester, New York

_____
Joseph M. Fusco III, Pro Se
211 West Bloomfield Road
Pittsford, New York 14534
Telephone: (585) 317-1707
Email: hello@josephfus.co