UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph M. Fusco, III,<br><br>                    Plaintiff,<br>v.<br><br>Monroe County, New York et al.,<br><br>                    Defendants. | Case No. 6:25-cv-06505-MAV<br><br>**NOTICE OF WITHDRAWAL** |

Adam M. Clark, Esq., a duly licensed attorney, declares and affirms as true and correct under penalty of perjury under 28 U.S.C. § 1746 as follows:

1.      I am a Deputy County Attorney for the County of Monroe and appear as counsel for Sefendants Monroe County, New York; Monroe County Clerk; and Monroe County Sheriff ("Defendants"). I am submitting this Notice of Withdrawal on behalf of Defendants, which concerns Zachary Nelson, Esq., and request that he be removed as counsel of record for Defendants.

2.      In accordance with Local Rule 83.2(c)(3), I affirm that Zachary Nelson, Esq., who previously appeared in this action on behalf of Defendants, is no longer affiliated with the Monroe County Department of Law; should be removed from the docket as counsel of record for Defendants; and, that I remain counsel of record for Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on** _____

_____
Adam M. Clark, Esq.
Deputy County Attorney
307 County Office Building, 39 W. Main Street
Rochester, New York 14614
585.753.1374 | adamclark@monroecounty.gov

To: Counsel of Record, *by ECF*